IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JULIE C. HILLIARD**                                                                                      **PLAINTIFF**

v.                                    Case No: 4:25-cv-00239-LPR

**CITY OF PINE BLUFF,**
**ARKANSAS**                                                                                              **DEFENDANT**

## ORDER

On September 12, 2025, Plaintiff filed a Motion to Dismiss this case with prejudice based on a settlement reached by the parties.[1] Defendant has not filed any opposition to the Motion, and the time for doing so has expired.[2] Accordingly, Plaintiff's Motion to Dismiss is GRANTED, and this case is DISMISSED with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED this 30th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Mot. to Dismiss (Doc. 8).

[2] *See* Local Rule 7.2(b) (setting a 14-day response deadline to oppose a motion).