**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JULIE C. HILLIARD**                                                                    **PLAINTIFF**

**v.**                                        **Case No: 4:25-cv-00239-LPR**

**CITY OF PINE BLUFF,
ARKANSAS**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 30th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE